IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MATHARU, et al.,<br><br>    Defendants. | No.  2:19-CV-2368-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 26, for a stay of discovery pending resolution of Defendants' motion for judgment on the pleadings.  Good cause appearing therefor, Defendants' motion is granted.  Discovery in this action is stayed pending resolution of Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated:  December 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1