IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN O'CONNOR,** | Case No. 2:19-cv-02368-KJM-DMC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER TO CONTINUE DEADLINES** |
| v. | |
| **MATHARU, et al.,** | |
| Defendants. | |

Plaintiff, an inmate proceeding *pro se*, brings this prisoner civil rights action, asserting claims under federal law. Pending before the Court is Defendants' motion to modify the discovery and scheduling order to continue the order's deadlines, to be reset pending the Court's ruling on Defendants' pending motion for judgment on the pleadings (ECF No. 24).

IT IS HEREBY ORDERED that, good cause appearing, Defendants' motion is granted. The discovery and scheduling order is MODIFIED to suspend its deadlines, to be reset if necessary upon the Court's ruling on Defendants' pending motion for judgment on the pleadings.

Dated: April 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1