1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    GLENN O'CONNOR,                          No.  2:19-CV-2368-DJC-DMC-P

12                    Plaintiff,

13         v.                                   ORDER

14    MATHARU, et al.,

15                    Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

19    to Eastern District of California local rules.

20         On June 16, 2023, the Magistrate Judge filed findings and recommendations

21    herein which were served on the parties and which contained notice that the parties

22    may file objections within the time specified therein.  Plaintiff filed timely objections to

23    the findings and recommendations, and Defendants have filed a response.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304(f), this Court has conducted a *de novo* review of this case.  Having carefully

26    reviewed the entire file, the Court finds the findings and recommendations to be

27    supported by the record and by proper analysis.

28    / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed June 16, 2023, are adopted in full.

2.      Defendants' request for judicial notice, ECF No 24-1, is GRANTED.

3.      Defendants' motion for judgment on the pleadings, ECF No. 24, is GRANTED.

4.      The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   __**September 5, 2023**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2